FILED

08 JAN 16 PM 2:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0138 — BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |
| JONATHAN NICK MORALES, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about March 6, 2005, within the Southern District of California, defendant JONATHAN NICK MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Magarit Perez-Moreno, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WDK:fer:San Diego
1/16/08

## Count 2

On or about March 6, 2005, within the Southern District of California, defendant JONATHAN NICK MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Magarit Perez-Moreno, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## Count 3

On or about March 6, 2005, within the Southern District of California, defendant JONATHAN NICK MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luz Maria Ramirez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

### Count 4

On or about March 6, 2005, within the Southern District of California, defendant JONATHAN NICK MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luz Maria Ramirez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 5

On or about January 1, 2008, within the Southern District of California, defendant JONATHAN NICK MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Rivera-Cervantes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

Count 6

On or about January 1, 2008, within the Southern District of California, defendant JONATHAN NICK MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Rivera-Cervantes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: January 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney