UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>          Plaintiff                               )<br>                                                              )<br>          vs.                                       )<br>  Jonathan Nick Morales         )<br>                                                              )<br>                                                              )<br>          Defendant(s)                       )<br> _____ ) | 08cr138-BEN<br><br>CRIMINAL NO. 08mj0017<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Pedro Rivera - Cervantes

DATED: 2/25/08

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk