Minutes of the United States District Court
Southern District of California

MARCH 27, 2008

Hon. **ROGER T. BENITEZ**        Deputy Clerk: **GLENN RIVERA**        Reporter: N/A

```
08CR0138-BEN                    USA v. JONATHAN NICK MORALES (1)
```

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

PER REQUEST OF THE METROPOLITAN CORRECTIONAL CENTER (MCC), THE COURT HEREBY ORDERS THAT THE PSYCHOLOGICAL EVALUATION OF THIS DEFENDANT BE COMPLETED NO LATER THAN **APRIL 17, 2008**, WITH COPIES OF THE REPORT TO BE SUBMITTED TO THE COURT, THE PROSECUTOR, AND DEFENSE COUNSEL BY THAT DATE.

THE PSYCHIATRIC REPORT HEARING DATE OF APRIL 2, 2008 AT 9:00AM IS HEREBY VACATED AND RESET FOR **APRIL 24, 2008**.