PROOF OF SERVICE BY MAIL OR HAND DELIVERY

Case Name: **United States v. Morales**

No.:    08-0138-BEN

   I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is that of 1400 Sixth Ave., Suite #210, San Diego, California 92101

I am not a party to the above-entitled action. I have cause service of Motion for Discovery by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies them:

Paul Starita
Assistant U.S. Attorney


   Executed on April 25, 2008 at San Diego, California.

   I declare under penalty of perjury that the above is true and correct.

*/s/ Russell S. Babcock*
Russell S. Babcock