1  LAW OFFICE OF SIRI SHETTY
   SIRI SHETTY
2  California State Bar Number 208812
   110 West C Street, Suite 1810
3  San Diego, California 92101-3909
   Telephone:    (619) 602-8479
4  Facsimile:    (619) 232-7735
   attyshetty@yahoo.com
5  Attorney for Defendant
   JONATHAN NICK MORALES

6

7

8                              EX PARTE

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11               Honorable Roger T. Benitez

12                                    )  Case No.    08CR0138-BEN
   UNITED STATES                      )
13                 Plaintiff,         )
                                      )
14       v.                           )  EX PARTE    MOTION FOR EXTRA-
                                      )  ORDINARY EXPENSE FOR EXPERT
15   JONATHAN NICK MORALES,           )  FEES FOR DR. BRUCE YANOFSKY
                                      )
16                 Defendant.         )
                                      )
17  _____)

18       Defendant, by and through counsel, applies to this Court for an Order approving extraor-

19  dinary expenses for expert fees for the psychological evaluation of Mr. Morales pursuant to

20  18 U.S.C. § 3006A(e)(1). Counsel requests that this Court authorize payment of extraordinary

21  expenses for these services to be rendered by DR. BRUCE YANOFSKY not to exceed a total

22  of $3,300 (for twelve hours of work at the rate of $275.00).

23       This Application is based on this Ex Parte Application, the attached Memorandum of

24  Points and Authorities, the attached Declaration of Counsel, and any and all other oral or written

25  information supplied to the Court upon the hearing of this Ex Parte Application.

26  Dated: _July 1, 2008_                    Respectfully submitted,

27                                           _Si Shell_

28                                           Attorney for Defendant
                                             Email: attyshetty@yahoo.com

FILED

08 JUL -1  PM 2: 57

CLERK, U.S. DISTRICT...
SOUTHERN DISTRICT OF CALIF...

BY:    _Ea_         DEPUTY

CR