LAW OFFICE OF SIRI SHETTY
SIRI SHETTY
California State Bar Number 208812
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:    (619) 602-8479
Facsimile:    (619) 232-7735
attyshetty@yahoo.com
Attorney for Defendant
JONATHAN NICK MORALES

FILED

08 JUL -1 PM 2:57

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA...

BY: ECL    DEPUTY

EX PARTE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Honorable Roger T. Benitez

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Petitioner,<br><br>v.<br><br>JONATHAN NICK MORALES,<br><br>　　　　Respondent. | Case No.    08CR0138-BEN<br><br>EX PARTE DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE MOTION FOR EXTRAORDINARY EXPENSE |

Siri Shetty, being duly sworn, deposes and says:

1. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Southern District of California, and in the United States Court of Appeals for the Ninth Circuit.

2. I was appointed by the United States District Court for the Southern District of California to represent Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b).

3. I have conferred with psychologist Bruce Yanofsky, Ph.D., regarding the psychological evaluation of Mr. Morales ordered by this court on June 25, 2008.

4. Mr. Morales is currently housed at Metropolitan Correctional Center in San Diego, California.

5. Dr. Yanofsky estimates that it will take him approximately twelve hours to do the following in connection with his evaluation: (1) review the discovery; (2) review the competency report prepared by the MCC's psychiatrist; (3) review the client's past psychological records; (4) interview Mr. Morales; (5) confer with defense counsel; and (6) prepare a report of the evaluation.

6. Given Mr. Morales's documented history of mental health problems, I believe that an evaluation is appropriate and necessary to prepare an adequate defense. Specifically, Mr. Morales's mental health condition is relevant to question of whether on the date of his arrest, he could form the specific intent to violate the immigration laws, as well as his susceptibility to being tricked by other people into unknowingly transporting illegal aliens.

I so declare, this *July 1, 2008*, in San Diego, California.

Declarant and Attorney for Defendant
Email: attyshetty@yahoo.com