**SIRI SHETTY**
Law Office of Siri Shetty
California State Bar No. 208812
110 West "C" Street #1810
San Diego, California 92101-5008
Telephone: (619) 602-8479

Attorneys for Mr. Morales

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0138 |
| ) | Date:     July 21, 2008 |
| Plaintiff, ) | |
| ) | NOTICE OF MOTION AND MOTION TO |
| ) | |
| ) | (1) SUPPRESS STATEMENTS; AND |
| ) | (2) HOLD VOLUNTARINESS HEARING |
| JONATHAN NICK MORALES, ) | |
| Defendant. ) | |

TO:         KAREN HEWITT, UNITED STATES ATTORNEY, and
            PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that as soon thereafter as counsel may be heard, the defendant, Mr. Morales, by and through his counsel, Siri Shetty, will ask this Court to enter an order granting the following motions.

//
//
//
//
//

**MOTIONS**

The defendant, Jonathan Morales by and through her attorneys, Siri Shetty, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Exclude Statements; and

2) Hold Voluntariness Hearing.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

S/Siri Shetty

Dated: July 6, 2008

SIRI SHETTY
Attorneys for Mr. Morales
Email: attyshetty@yahoo.com