UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JONATHAN NICK MORALES,<br><br>              Defendant. | Case No. 08CR0138-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Siri Shetty, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTIONS AND MOTIONS TO SUPPRESS STATEMENTS AND HOLD VOLUNTARINESS HEARING**. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

   Paul Starita:    Paul_Starita@usdoj.gov, efile.dkt.gc1@usdoj.gov

I declare that the foregoing is true and correct.

Executed on: July 6, 2008                                             *s/Siri Shetty*

                                                                 Attorney for Defendant<br>
                                                           Email: attyshetty@yahoo.com